IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME L. GRIMES, | ) | No. C 08-80021M CW |
| Plaintiff, | ) ) | ORDER RETURNING COMPLAINT TO PLAINTIFF |
| v. | ) ) | |
| ODILE, ET AL., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Plaintiff submits a complaint that is

> related to any of the following matters:
> (1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;
> (2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;
> (3) a court order for the defendants to be subjected to a lie detector test;
> (4) covert terrorism
>
> it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief.

The Court has reviewed the instant complaint, C 08-80021M, and finds that it fails to contain any causes of action. Instead, it refers to a "Legal Brief" and "Original Civil Complaint" that are "In-Route." The Court has not received any such complaint or brief. Moreover, the proposed complaint refers to "terror intent" and acts of terror against "my mom, me, etc." Because the complaint concerns one or more of the matters mentioned in the pre-filing order and

because it does not contain intelligible factual allegations or claims for relief, the Clerk of the Court is ordered not to file it. Instead, the complaint shall be returned to Plaintiff.

    IT IS SO ORDERED.

DATED: 3/20/08

CLAUDIA WILKEN
United States District Judge